LAW OFFICE OF JUDSON H. HENRY
JUDSON H. HENRY, Esq. (SBN 226743)
1017 L Street #722
Sacramento, CA 95814
Phone: (916) 670-9564
Fax: (916) 200-2440
Email: jhhenry2000@yahoo.com

Attorney for Plaintiff Biz4Vets, Inc.

MCGUIREWOODS LLP
MOLLY M. WHITE (SBN 171448)
1800 Century Park E., 8th Floor
Los Angeles, California 90067
Telephone: (310) 956-3423
Facsimile: (310) 956-3143
E-Mail: mwhite@mcguirewoods.com

MCGUIREWOODS LLP
ALEXANDRA L. HIDER (SBN 340660)
Wells Fargo Center, South Tower
355 S. Grand Avenue, Suite 4200
Los Angeles, California 90071-3103
Telephone: (213) 627-2268
Facsimile: (213) 627-2579
E-Mail: ahider@mcguirewoods.com

Attorneys for Defendant ARS ALEUT CONSTRUCTION, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIZ4VETS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARS ALEUT CONSTRUCTION, LLC, an Alaska limited liability company, and DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO. 2:21-CV-01591-DAD-AC<br><br>The Hon. Dale A. Drozd<br>Ctrm. 4<br><br>**STIPULATION TO EXTEND FACT DISCOVERY CUTOFF**<br><br>Am. Complaint Filed: Sept. 14, 2021 |

Plaintiff Biz4Vets, Inc. ("B4V") and Defendant ARS Aleut Construction, LLC ("Aleut") (collectively, the "Parties") stipulate as follows:

## RECITALS

WHEREAS, the Parties have not completed their production of documents in this litigation;

WHEREAS, the Parties delayed discovery in order to focus their efforts on settlement discussions;

WHEREAS, pursuant to the Court's Minute Order for Scheduling Conference, dated January 18, 2022 [Dkt. 12], the Court set the following deadlines:

- October 3, 2022 for fact discovery;
- November 11, 2022 for expert disclosures;
- December 2, 2022 for rebuttal expert witness exchange;
- January 2, 2023 for expert discovery;
- February 17, 2023 for dispositive motions;

WHEREAS, the Parties, thereby stipulate to continue the discovery cut-off deadline by four weeks to October 31, 2022, and the expert disclosure deadline by one week to November 18, 2022, which will not impact the remaining deadlines set by the Court; and

WHEREAS, this is the Parties' first request for an extension of the discovery deadlines.

## STIPULATION

THE PARTIES HEREBY AGREE, THROUGH THEIR UNDERSIGNED COUNSEL:

1. The fact discovery cut-off of October 3, 2022 shall be continued to October 31, 2022;

///

2. The expert disclosure deadline of November 11, 2022, shall be continued to November 18, 2022.

DATED: August 26, 2022        MCGUIREWOODS LLP

By: /s/ Molly M. White
    Molly M. White
    Attorneys for Defendant ARS Aleut Construction, LLC

DATED: August 26, 2022        LAW OFFICE OF JUDSON H. HENRY

By: /s/ Judson H. Henry (as authorized on August 25, 2022)
    Judson H. Henry
    Attorneys for Plaintiff BIZ4VETS, INC.

IT IS SO ORDERED.

DATED:  September 6, 2022.

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE